IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.***,** | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:12-CV-252-MHS |
| v. | § § | JURY TRIAL DEMANDED |
| **MEDIATEK INC.,** | § § | (LEAD CASE) |
| *Defendant*. | § | |
| **AZURE NETWORKS, LLC, ET AL.,** | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:12-CV-755-MHS |
| v. | § § | JURY TRIAL DEMANDED |
| **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,** *et al.***,** | § § § § | (CONSOLIDATED CASE) |
| *Defendants*. | § | |

## ORDER

The Joint Motion filed by Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation and Defendant Toshiba Corporation ("Toshiba") to Dismiss Claims Without Prejudice under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. All claims asserted by Plaintiffs in this action are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiffs and Toshiba will each bear their own costs, expenses and legal fees.

It is SO ORDERED.

SIGNED this 29th day of May, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE