# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **AZURE NETWORKS, LLC, et al,**  Plaintiffs, § § § § |  |
| v. § § § | NO. 6:12cv755 MHS-JDL  PATENT CASE |
| **TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al,** Defendants. § § § § | |

## FINAL JUDGMENT

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation filed suit against Defendants Toshiba America Information Systems, Inc. and Toshiba Corporation on October 7, 2012. (Doc. No. 1). Since that time, all Defendants have been dismissed pursuant to the parties' joint stipulation (Doc. Nos. 166, 167).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**It is SO ORDERED.**

**SIGNED this 29th day of May, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE